Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In th: Matter of LENA SUGAL, Respondent, v. SAMUEL E. PELTZ, Appellant.

*Appeal — summary proceedings — appeal, without permission, from final adjudication of Appellate Division dismissed.*

*Matter of Sugal v. Peltz, 206 App. Div. 719, appeal dismissed.*
(Argued October 1, 1923; decided October 9, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1923, which modified and affirmed as modified a final order of the Suffolk County Court in summary proceedings.

The motion was made upon the ground that under section 1442 of the Civil Practice Act an appeal could not be taken to the Court of Appeals without permission from a final judgment of the Appellate Division in a summary proceeding.

*Joseph T. Losee* for motion.
*George W. Percy* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Probate of the Will of HENRY C. SCHMIDT, Deceased.

WILHELMINA C. EHRSAM et al., Appellants; IDA SCHMIDT, Respondent.

*Appeal — unanimous affirmance — appeal without permission dismissed.*

*Matter of Schmidt, 202 App. Div. 843, appeal dismissed.*
(Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 21, 1922, which unanimously affirmed a decree of the Kings County Surro-